ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN  **MADE JS-6**
Assistant United States Attorney
Chief, Civil Division
RICHARD M. PARK (Cal Bar No. 236173)
Assistant United States Attorney
    Room 7516 Federal Building
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-3275
    Facsimile: (213) 894-7819
    E-mail: Richard.Park@usdoj.gov

Attorneys for Defendant, Ray LaHood,
Secretary, Department of Transportation

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LINDA D. EDWARDS, | ) | Case No.: CV 12-713-GW(AGRx) |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER DISMISSING** |
| | ) | **ACTION WITH PREJUDICE** |
| v. | ) | |
| | ) | |
| RAY LAHOOD,[1] | ) | |
| | ) | Honorable George H. Wu |
| Defendant, | ) | United States District Judge |

    The parties having filed a Stipulation for Compromise Settlement and Dismissal,

    IT IS HEREBY ORDERED:

    1.    Plaintiff's action is dismissed with prejudice in its

---

[1] Ray LaHood is the current Secretary for the Department of Transportation. He is substituted pursuant to Federal Rule of Civil Procedure 25(d).

– 1 –

1 entirety;

2     2.    Each party shall bear its own costs of suit and fees; and

3     3.    The Court retains jurisdiction pending payment of the settlement.

DATED: November 27, 2012

_____
HON. GEORGE H. WU
United States District Judge

-2-